IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENISE ANGELILLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-0007 |
| | ) | |
| CAVALRY PORTFOLIO SERVICES | ) | Judge Lefkow |
| | ) | |
| Defendants. | ) | |

## VOUNTARY MOTION TO DISMISS

NOW COMES the Plaintiff, DENISE ANGELILLI, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, CAVALRY PORTFOLIO SERVICES, with prejudice and without costs to be paid to any party.

                                                      Respectfully Submitted,
                                                      **DENISE ANGELILLI**

                                                      By: _____*/s Larry P. Smith*_____
                                                                Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911