**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENISE ANGELILLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-0007 |
| | ) | |
| CAVALRY PORTFOLIO SERVICES | ) | Judge Lefkow |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

CAVALRY PORTFOLIO SERVICES
Attn: Legal Department
PO Box 1030
Hawthorne, NY 10532

    PLEASE TAKE NOTICE THAT On April 16, 2008, there was filed in the United States District Court for the Northern District of Illinois, **Plaintiff's Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

    I, the undersigned, an attorney, certify that I served this notice by mailing it to the above named party or parties at the above referenced addresses to the above named parties before 5:00 p.m. on April  16 , 2007 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601, in an envelope with first class postage prepaid thereon.

                                                                                                By: ____*/s Larry P. Smith*_____
                                                                                                     Attorney for Plaintiff