# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Angelilli vs. Cavalry Portfolio Services | | |

**DOCKET ENTRY TEXT**

Status hearing stricken. Plaintiff's voluntary motion to dismiss [8] is granted. Case dismissed without prejudice and without costs to any party. Civil Case Terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|

Case 1:08-cv-00007 Document 10 Filed 05/22/2008 Page 1 of 1

08C7 Angelilli vs. Cavalry Portfolio Services Page 1 of 1